# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 20-00325 (SWD) |
| INTERLOGIC OUTSOURCING, INC., IOI PAYROLL SERVICES, INC., IOI WEST, INC., LAKEVIEW HOLDINGS, INC., LAKEVIEW TECHNOLOGY, INC., MODEARN, INC., and TIMEPLUS SYSTEMS LLC,[1] | Chapter 11 |
| | (Jointly Administered) |
| | Hon. Scott W. Dales |
|        Debtors. | |
| _____/ | |
| ONESOURCE VIRTUAL, INC. | |
|        Plaintiff, | |
| v. | Adv. Pro. No. 20-80109 (SWD) |
| INTERLOGIC OUTSOURCING, INC., AND PRIMEPAY, LLC | |
|        Defendants. | |
| _____/ | |

## **DISCOVERY PLAN**

Pursuant to the Court's Order dated December 22, 2020 [ECF Doc. # 14] and in accordance with Fed. R. Bankr. P. 7026, the parties submit the following Discovery Plan.

    1.    The initial disclosures required by Fed. R. Civ. P. 26(a) will be made on or before February 25, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473). The location of the Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

2. <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

   a. All fact discovery commenced in time to be completed by May 18, 2021.

   b. Maximum of 10 interrogatories by each party to any other party.

   c. Maximum of 20 request for admission by each party to any other party.

   d. Maximum of 20 requests for production by each party to any other party.

   e. Maximum of 5 depositions by Plaintiff and 8 by Defendants.

   f. Each deposition [other that of corporate representatives of the parties] limited to maximum of 4 hours unless extended by agreement of the parties.

   g. Reports from retained experts under Fed. R. Civ. P. 26(a)(2) due May 3, 2021. All expert discovery will be completed by May 21, 2021.

3. <u>Other Agreed Upon Items</u>.

   a. Plaintiff should be allowed until March 18, 2021 to join additional parties and until April 20, 2021 to amend the pleadings.

   b. Defendants should be allowed until March 18, 2021 to join additional parties and until April 20, 2021 to amend the pleadings.

   c. All potentially dispositive motions should be filed within the two week of the close of all discovery (i.e., by June 4, 2021).

   d. The proceeding should be ready for trial by July 19, 2021. The trial is expected to take approximately 1 trial day.

Date:  February 11, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Michael C. Whalen* | */s/ Jamil N. Alibhai* |
| Steven L. Rayman | John R. Humphrey (*pro hac vice*) |
| **RAYMAN & KNIGHT** | Indiana Attorney No. 21678-49 |
| 141 East Michigan Avenue Suite 301 | **TAFT STETTINIUS & HOLLISTER LLP** |
| Kalamazoo, Michigan 49007 | One Indiana Square, Suite 3500 |
| Telephone: (269) 345-5156 | Indianapolis, IN  46204-2023 |
| Facsimile: (269) 345-5161 | Telephone: (317) 713-3500 |
| | Email:  jhumphrey@taftlaw.com |
| - and - | |
| | Jamil N. Alibhai (*pro hac vice*) |
| Matthew M. Murphy (*pro hac vice*) | Texas State Bar No. 00793248 |
| Nathan S. Gimpel (*pro hac vice*) | **MUNSCH HARDT KOPF & HARR, P.C.** |
| Michael C. Whalen (*pro hac vice*) | 500 N. Akard Street, Suite 3800 |
| Matthew Smart (*pro hac vice*) | Dallas, Texas  75201-6659 |
| **PAUL HASTINGS LLP** | Tel:  (214) 855-7500 |
| 71 South Wacker Drive, Suite 4500 | Fax:  (214) 855-7584 |
| Chicago, Illinois 60606 | Email: jalibhai@munsch.com |
| Telephone: (312) 499-6000 | |
| Facsimile: (312) 499-6100 | *Attorneys for Plaintiff OneSource Virtual, Inc.* |
| *Attorneys for Interlogic Outsourcing, Inc.* | |

*/s/ Darius C. Gambino*
Sara E.D. Fazio
**KREIS, ENDERLE, HUDGINS & BORSOS, PC**
40 Pearl St. NW, 5th Floor
Grand Rapids, MI 49503
Telephone:  (616) 254-8400
Email:  safazio@kreisenderle.com

   - and -

Darius C. Gambino (*pro hac vice*)
PA Attorney No. 83496
**SAUL EWING ARNSTEIN & LEHR LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone:  (215) 972-7173
Email:  darius.gambino@saul.com

*Attorneys for Defendant PrimePay, LLC*